**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL A. GRESHAM, | ) | 3:19-cv-00211-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | August 18, 2020 |
| JAMES DZURENDA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER     REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Silvia Irvin,** who is no longer an employee of the Nevada Department of Corrections (ECF No. 19). However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 20). If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant **Silvia Irvin**, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for **Silvia Irvin** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 20). The Clerk shall also send one (1) copy of the Complaint (ECF No. 6), one (1) copy of the court's screening order (ECF No. 5), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, September 18, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Silvia Irvin** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

   **IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/_____
Deputy Clerk
